# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 31, 2006

Clifford W. Taylor,
Chief Justice

130829

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PATRICIA MILLER, Personal
Representative of the Estate of
William Miller, deceased, and
Patricia Miller, Individually,
        Plaintiff-Appellee,

v

BOTSFORD HOSPITAL, HARRIS
MAINSTER, D.O., P.C., and
HARRIS MAINSTER, D.O.,
        Defendants-Appellants.

SC: 130829
COA: 265980
Oakland CC: 03-046871-NH

_____/

On order of the Court, the application for leave to appeal the March 27, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 31, 2006

_____
Clerk